353 A.2d 37

**ESTATE of Franklin B. CARROLL, Deceased.**

**Appeal of William Gray CARROLL et al.**

Supreme Court of Pennsylvania.

Argued April 11, 1975.

Decided March 17, 1976.

Roland J. Christy, Spring House, for appellants.

Gordon W. Gerber, John Bishop, VI, Dechert Price & Rhoads, Philadelphia, for appellees, American Bank & Trust Co. of Pa., Frederick P. Carter, Jr. and Laura Carter.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.

Costs on the appellants.

JONES, C. J., did not participate in the consideration or decision of this case.